**COM.**

v.

**HELDIBRIDLE, J.**

**922 WDA 2016**

Superior Court of Pennsylvania.

5/12/2017

CP–11–CR–0000157–2014
(Cambria)

Affirmed

**IN RE: ADOPTION OF S.N.W.,**

**Appeal of: N.M., mother**

**940 WDA 2016**

Superior Court of Pennsylvania.

05/12/2017

A.N. No. 2 of 2016
(Warren)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**EVERETTS, J.**

**1079 WDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–61–CR–0000153–2016
(Venango)

Affirmed

**COM.**

v.

**HARRINGTON, D.**

**2211 EDA 2015**

Superior Court of Pennsylvania.

05/15/2017

CP–51–CR–0007927–2014
CP–51–CR–0007928–2014
(Philadelphia)

Affirmed